**FILED**
Apr 04, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

1. PHILLIP A. TALBERT
   United States Attorney
2. JESSICA DELANEY
   Assistant United States Attorneys
3. 501 I Street, Suite 10-100
   Sacramento, CA 95814
4. Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-0079 TLN |
| Plaintiff, | ORDER TO SEAL |
| v. | |
| STEPHAN JAMES EVANOVICH, TREVOR CHRISTOPHER FOUNTAIN, JONATHAN MATTHEW CURL, and ANDREA CARTER, | **(UNDER SEAL)** |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Jessica Delaney to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: April 4, 2024

HON. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE