UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 18, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHAN JAMES EVANOVICH<br><br>Defendant. | Case No. 2:24-cr-00079-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>STEPHAN JAMES EVANOVICH</u> Case No. <u>2:24-cr-00079-TLN</u> Charges <u>18 USC § 371</u> from custody for the following reasons:

|  |  |  |
|---|---|---|
| _____ | Release on Personal Recognizance | |
| X | Bail Posted in the Sum of $ | <u>50,000.00 Secured Bond co-signed by Ellen Dove.</u> |
| _____ | Unsecured Appearance Bond $ | _____ |
| _____ | Appearance Bond with 10% Deposit | |
| _____ | Appearance Bond with Surety | |
| _____ | Corporate Surety Bail Bond | |
| X | (Other):  <u>Defendant is to be released at 2:00 PM on 4/19/2024.</u> | |

Issued at Sacramento, California on April 18, 2024 at 5:42 PM

By: _____
U.S. Magistrate Judge Chi Soo Kim