PHILLIP A. TALBERT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHAN JAMES EVANOVICH AND JONATHAN CURL<br><br>Defendants. | CASE NO. 2:24-CR-0079-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 11, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on July 11, 2024.

2. By this stipulation, defendants now move to continue the status conference until November 7, 2024, at 9:30 a.m., and to exclude time between July 11, 2024, and November 7, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the initial discovery associated with this case includes more than 13,000 pages of discovery consisting of investigative reports, financial documentation, phone extractions, photographs, and other documentary evidence, in addition to emails, audio and video recordings, and inventories. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) As of the last court filing, the government has continued its investigation,

resulting in the execution of an additional search warrant and corresponding additional discovery. Over 200 pages of new discovery, consisting of documentation from a shipping company, reports of witness interviews, and the results of several searches along with an underlying search warrant are being processed and will be provided to the defense shortly.

      c)      Counsel for defendants Evanovich and Curl desire additional time to review discovery, research the charges and potential defenses, conduct independent investigation, and consult with their clients.

      d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 11, 2024 to November 7, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

//
//
//
//

Dated:  July 3, 2024                               PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ JESSICA DELANEY
                                                   JESSICA DELANEY
                                                   Assistant United States Attorney


Dated:  July 3, 2024                               /s/ CHRISTINA SINHA
                                                   CHRISTINA SINHA
                                                   Counsel for Defendant
                                                   Stephan James Evanovich


Dated: July 3, 2024                                /s/ KELLAN PATTERSON
                                                   KELLAN PATTERSON
                                                   Counsel for Defendant
                                                   Jonathan Curl


## ORDER

IT IS SO FOUND AND ORDERED this 3rd day of July, 2024.

                                                   Troy L. Nunley
                                                   United States District Judge