PHILLIP A. TALBERT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHAN JAMES EVANOVICH, JONATHAN CURL, and ANDREA CARTER<br><br>Defendants. | CASE NO. 2:24-CR-0079-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 7, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on November 7, 2024.

2. By this stipulation, defendants now move to continue the status conference until January 23, 2025, at 9:30 a.m., and to exclude time between November 7, 2024, and January 23, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced more than 14,000 pages of discovery consisting of investigative reports, financial documentation, phone extractions, photographs, and other documentary evidence, in addition to emails, audio and video recordings, and inventories. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) As of the last court filing, the government has continued its investigation, resulting in the execution of an additional arrest warrant, corresponding additional discovery, and the receipt of additional grand jury subpoena returns, all of which have been produced to the defense. Over 390 pages of new discovery were produced to the defense. In addition, over 200 pages of discovery that were still processing at the time of the last court filing have since been fully processed and provided to the defense.

c) Since the last court filing, Defendant Andrea Carter was arrested in connection with this case. Her counsel has been provided with the government's discovery in the case, consisting of over 14,000 pages.

d) Counsel for defendants Evanovich, Curl, and Carter desire additional time to review discovery, research the charges and potential defenses, conduct independent investigation, and consult with their clients.

e) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 7, 2024 to January 23, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

IT IS SO STIPULATED.

Dated:  November 4, 2024        PHILLIP A. TALBERT
                                United States Attorney

                                /s/ JESSICA DELANEY
                                JESSICA DELANEY
                                Assistant United States Attorney

Dated:  November 4, 2024        /s/ CHRISTINA SINHA
                                CHRISTINA SINHA
                                Counsel for Defendant
                                Stephan James Evanovich

Dated: November 4, 2024         /s/ KELLAN PATTERSON
                                KELLAN PATTERSON
                                Counsel for Defendant
                                Jonathan Curl

Dated:  November 4, 2024        /s/ CHRIS COSCA
                                CHRIS COSCA
                                Counsel for Defendant
                                Andrea Carter

**ORDER**

IT IS SO FOUND AND ORDERED this 4th day of November, 2024.

_____
Troy L. Nunley
Chief United States District Judge