DAVID D. FISCHER, CA SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 311
Rocklin, CA 95765
Phone: (916) 447-8600
Fax: (916) 930-6482
E-Mail: david.fischer@fischerlawoffice.com

Attorney for Defendant
STEPHAN JAMES EVANOVICH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHAN JAMES EVANOVICH,<br><br>Defendant. | Case No.: 2:24-CR-00079-DJC<br><br>**ORDER TO FILE DOCUMENTS *EX PARTE* AND UNDER SEAL**<br><br>JUDGE: HON. DANIEL J. CALABRETTA |

Application for Order to File Documents Under Seal having been made in the above entitled matter, the Court being fully advised and good cause appearing,

IT IS HEREBY ORDERED that the instant order and the following items be filed *ex parte* and **under seal** and its confidentiality maintained:

(1) The Declaration of David D. Fischer; and

(2) The instant Application and Order Sealing.

**SO ORDERED**

**DATED:** October 31, 2025

/s/ Daniel J. Calabretta
HON. DANIEL J. CALABRETTA
U.S. District Judge

- 1 -