ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>STEPHAN JAMES EVANOVICH,<br><br>            Defendant. | CASE NO.  2:24-CR-0079 DJC<br><br>ORDER SETTING BRIEFING SCHEDULE ON RULE 12 MOTIONS<br><br>DATE: December 11, 2025<br>TIME: 9:00 am<br>COURT: Hon. Daniel J. Calabretta |

Defendant STEPHAN JAMES EVANOVICH, by and through his undersigned counsel, and Plaintiff the United States of America, by and through its undersigned counsel, hereby jointly request the Court set a motions hearing for the Rule 12 motions on December 11, 2025, to coincide with the Trial Confirmation Hearing, which is set for that same day.

The parties further jointly request the Court set the briefing schedule on the motions as follows:

| | |
|---|---|
| Government's Response: | November 20, 2025 |
| Defendant's Reply | December 4, 2025 |
| Motion Hearing | December 11, 2025 |

FINDINGS AND ORDER

1

It is so stipulated and requested.

Dated: November 10, 2025

ERIC GRANT
United States Attorney

/s/ JESSICA DELANEY
JESSICA DELANEY
Assistant United States Attorney

Dated: November 10, 2025

/s/ DAVID D. FISCHER
DAVID D. FISCHER
Counsel for Defendant
Stephan James Evanovich

## FINDINGS AND ORDER

It is so found and ORDERED.

Dated: November 13, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE